UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYING TECHNOLOGY DEVELOPMENT CO., LIMITED,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>CAN GLASS INC.,<br><br>　　　　　　　　　　Defendant. | 24-CV-4209 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due September 5, 2024 and the initial pretrial conference scheduled for September 12, 2024 are adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **August 1, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: July 12, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　*Jessica Clarke*

　　　　　　　　　　　　　　　　　　　　　　　　JESSICA G. L. CLARKE
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge