**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
WAYING TECHNOLOGY DEVELOPMENT
CO., LIMITED,

                Plaintiff,

24 **CIVIL** 4209 (JGLC)

   -against-

**DEFAULT JUDGMENT**

CAN GLASS INC.,

              Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Opinion and Order dated October 21, 2024, the Court GRANTS Plaintiff's motion for default judgment. Accordingly, the case is closed.

**DATED**: New York, New York
         October 21, 2024

                                          **DANIEL ORTIZ**
                                       **Acting Clerk of Court**

                     **BY**: _____
                                       **Deputy Clerk**