UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAYING TECHNOLOGY DEVELOPMENT CO., LIMITED,

                Plaintiff,

-against-

CAN GLASS INC.,

                Defendant.

24-CV-4209 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

By endorsed letter dated November 12, 2024, this Court directed Plaintiff to provide a proposed Form AO 120 Report on the Filing or Determination of an Action Regarding a Patent or Trademark (the "Form") for the Court's review and approval. *See* ECF No. 25. Plaintiff filed a draft Form on November 13, 2024. *See* ECF No. 26. The Court has reviewed the Form and has found it to be satisfactory.

IT IS HEREBY ORDERED that Plaintiff's proposed AO 120 Form, with appendix, be submitted in its entirety. The Clerk of Court is respectfully directed to submit the Form in compliance with the provisions of 35 U.S.C. § 290.

Dated: November 26, 2024
       New York, New York

                                            SO ORDERED.

*/s/ Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge